IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

KENNY EARL WILLIAMS,

                     Plaintiff,

v.

CAROLYN W. COLVIN[1]
Commissioner of Social Security,

                     Defendant.

ORDER

13-cv-28-wmc

_____

       This is an action for judicial review of an adverse decision of the Commissioner of Social Security brought pursuant to 42 U.S.C. § 405(g).  On April 8, 2013, this court issued a briefing schedule allowing plaintiff Kenny Williams until May 8, 2013 to submit a brief in support of his petition for review of the Commissioner's decision.  It is now May 15, 2013, and plaintiff has not submitted a brief or asked for more time within which to do so.  Because plaintiff is proceeding *pro se*, I will strike the current briefing schedule to allow plaintiff another opportunity to submit a brief in support of his petition.

       In his brief, plaintiff does not need to make legal arguments or cite to any legal authority, but he must explain to the court the specific reasons why he thinks the administrative law judge was wrong to deny plaintiff's claim for social security benefits.  As part of this, plaintiff should review the administrative law judge's decision and point out those findings that he disagrees with, citing to evidence in the administrative record that supports his position.

       I will give plaintiff four more weeks from the date of this order to file this written explanation.  If plaintiff fails to submit a brief, then his complaint will be dismissed for failure to prosecute.

---

[1] Carolyn W. Colvin has replaced Michael J. Astrue as Acting Commissioner of the Social Security Administration, so she is substituted in as the defendant pursuant to Fed. R. Civ. P. 25(d) .

ORDER

IT IS ORDERED that the briefing dates set on April 8, 2013 are STRICKEN. The new briefing schedule is as follows:

Plaintiff shall have until **June 13, 2013** to submit a brief in support of the petition for review, specifically stating plaintiff's grounds of objection to the decision below. Failure to submit a brief will result in dismissal of the petition for review for failure to prosecute.

The government shall have until **July 12, 2013** to submit an answering brief.

Plaintiff may have until July **26, 2013** to submit a reply brief. Submission of this reply brief is optional.

Entered this 16th day of May, 2013.

BY THE COURT:

/s/

STEPHEN L. CROCKER
Magistrate Judge