IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

KENNY EARL WILLIAMS,

    Plaintiff,                          JUDGMENT IN A CIVIL CASE

v.                                         Case No. 13-cv-28-wmc

CAROLYN W. COLVIN,
Commissioner of Social Security,

    Defendant.

---

    This action came for consideration before the court with District Judge William M. Conley presiding. The issues have been considered and a decision has been rendered.

---

    IT IS ORDERED AND ADJUDGED that judgment is entered dismissing this case without prejudice for want of prosecution pursuant to Fed. R. Civ. P. 4l(b).

    /s/                                             4/22/2014

Peter Oppeneer, Clerk of Court                   Date